IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WESLEY KELLEY, RAUL MEZA, ERIK**             **PLAINTIFFS**
**OLASCOAGA and LEON JENKINS,**
**Each Individually and on Behalf of**
**All Others Similarly Situated**


vs.                           No. 4:20-cv-2013-GCH

**INVACOR SOLUTIONS, LLC and INVACOR**          **DEFENDANTS**
**PIPELINE AND PROCESS SOLUTIONS, LLC**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly employee of Invacor Solutions, LLC and/or Invacor Pipeline and Process Solutions, LLC within the past three (3) years as a Field Technician I, II, or III. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged <u>miscalculated overtime wages for the period June 8, 2017 to present</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



Signature: _____
                                **WILLIAM ALLEN**

Date: January 28, 2021


*/s/ Josh Sanford*
**Josh Sanford, Esq.**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


# IMPORTANT: RETURN FOR FILING BEFORE MARCH 21, 2021

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WESLEY KELLEY, Individually and on**                                                    **PLAINTIFF**
**Behalf of Others Similarly Situated**


vs.                                              No. 4:20-cv-2013-GCH


**INVACOR SOLUTIONS, LLC, and**                                                **DEFENDANTS**
**INVACOR PIPELINE AND PROCESS SOLUTIONS, LLC**


## CERTIFICATE OF SERVICE FOR ATTACHED CONSENT(S) TO JOIN


I, Josh Sanford, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the Consent(s) to Join to which this certificate has been appended was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Jana H. Woelfel, Esq.
CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
Telephone: (713) 951-5691
Facsimile: (832) 391-3535
jwoelfel@clarkhill.com


_/s/Josh Sanford_____
**Josh Sanford**