IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WESLEY KELLEY, RAUL MEZA, ERIK**          **PLAINTIFFS**
**OLASCOAGA and LEON JENKINS,**
**Each Individually and on Behalf of**
**All Others Similarly Situated**


vs.               No. 4:20-cv-2013-GCH


**INVACOR SOLUTIONS, LLC, and INVACOR**        **DEFENDANTS**
**PIPELINE AND PROCESS SOLUTIONS, LLC**

### <u>JOINT NOTICE OF SETTLEMENT</u>

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiffs

and Defendants have reached a settlement in principle that will resolve all claims asserted

by Plaintiffs, as well as the claims of the collective of similarly situated individuals who

opted in to the lawsuit. The parties are in the process of finalizing settlement terms and

expect to file their dismissal papers with the Court within thirty (30) days from the filing of

this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers

by this date, they will make an appropriate request for extension to the Court, if required,

or provide a status update. In light of their progress, the parties request that all deadlines

be stayed pending finalization of their settlement.

Respectfully submitted,

**WESLEY KELLEY, RAUL MEZA, ERIK OLASCOAGA, and LEON JENKINS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **INVACOR, LLC, and INVACOR PIPELINE AND PROCESS SOLUTIONS, LLC, DEFENDANTS**

CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
Telephone: (713) 951-5691
Facsimile: (832) 391-3535

*/s/ Jana H. Woelfel*
Jana H. Woelfel
Tex. Bar No. 00788701
jwoelfel@clarkhill.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do certify that on January 7, 2022, a true and correct copy of the foregoing NOTICE was sent via the ECF system on the following attorneys of record:

Jana H. Woelfel, Esq.
CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
jwoelfel@clarkhill.com

*/s/ Josh Sanford*
**Josh Sanford**