IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WESLEY KELLEY, RAUL MEZA, ERIK**     **PLAINTIFFS**
**OLASCOAGA and LEON JENKINS,**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.     No. 4:20-cv-2013-GCH

**INVACOR SOLUTIONS, LLC, and INVACOR**     **DEFENDANTS**
**PIPELINE AND PROCESS SOLUTIONS, LLC**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Named Plaintiffs Wesley Kelley, Raul Meza, Erik Olascoaga, and Leon Jenkins, individually and on behalf of others similarly situated, and Defendants Invacor Solutions, LLC, and Invacor Pipeline and Process Solutions, LLC, hereby jointly stipulate to dismissal of this action with prejudice. The Parties respectfully request that this matter be dismissed with prejudice and without award of costs or fees to either Party.

Respectfully submitted,

**WESLEY KELLEY, RAUL MEZA, ERIK**
**OLASCOAGA, and LEON JENKINS,**
**Each Individually and on Behalf of All**
**Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 2
Wesley Kelley, et al. v. Invacor, LLC, et al.
U.S.D.C. (S.D. Tex.) Case No. 4:20-cv-2013-GCH
Joint Stipulation of Dismissal with Prejudice

    and    INVACOR, LLC, and INVACOR PIPELINE AND PROCESS SOLUTIONS, LLC, DEFENDANTS

CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
Telephone: (713) 951-5691
Facsimile: (832) 391-3535

*/s/ Jana H. Woelfel*
Jana H. Woelfel
Tex. Bar No. 00788701
jwoelfel@clarkhill.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do certify that on May 2, 2023, a true and correct copy of the foregoing MOTION was sent via the ECF system to the following attorney of record:

Jana H. Woelfel, Esq.
CLARK HILL PLC
909 Fannin Street, Suite 2300
Houston, Texas 77010
jwoelfel@clarkhill.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
Wesley Kelley, et al. v. Invacor, LLC, et al.
U.S.D.C. (S.D. Tex.) Case No. 4:20-cv-2013-GCH
Joint Stipulation of Dismissal with Prejudice